AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_*****\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

STEVEN S. BRAUNSTEIN,

      Petitioner,         JUDGMENT IN A CIVIL CASE
V.

         CASE NUMBER: 3:11-CV-00587-LRH-WGC

JAMES COX, et al.,

      Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED:**

That respondents' motion to dismiss [12] is **GRANTED in part and DENIED in part.** The petition[10] is **DISMISSED** on the ground that all claims are procedurally defaulted. IT IS FURTHER **ORDERED** that all other pending motions are **DENIED as moot. IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

 August 22, 2012                          **LANCE S. WILSON**
                                           Clerk

                                     /s/ M. Campbell
                                     Deputy Clerk