**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| STEVEN S. BRAUNSTEIN, | ) | |
| Petitioner, | ) ) | 3:11-cv-00587-LRH-WGC |
| vs. | ) ) | |
| JAMES COX, *et al.*, | ) ) | **ORDER** |
| Respondents. | ) ) / | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se.* On August 22, 2012, the court, among other things, dismissed all grounds asserted in the petition as procedurally defaulted. (ECF No. 37.) In its order, the court denied petitioner a certificate of appealability. (*Id*.) Thereafter, petitioner moved independently for a certificate of appealability. (ECF No. 41.)

In order to proceed with an appeal, petitioner must receive a certificate of appealability. 28 U.S.C. § 2253(c)(1); Fed. R. App. P. 22; 9th Cir. R. 22-1; *Allen v. Ornoski,* 435 F.3d 946, 950-951 (9th Cir. 2006); s*ee also United States v. Mikels*, 236 F.3d 550, 551-52 (9th Cir. 2001). Generally, a petitioner must make "a substantial showing of the denial of a constitutional right" to warrant a certificate of appealability. *Id.;* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000). "The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Id.* (quoting *Slack*, 529 U.S. at 484). In order to meet this threshold inquiry, the petitioner has the burden of demonstrating that the issues are debatable among jurists of reason; that a court could resolve the issues differently; or that the questions are adequate to

deserve encouragement to proceed further. *Id.*

The court has considered the arguments submitted by petitioner in his motion and concludes that petitioner fails to satisfy the standard for issuance of a certificate of appealability. The court will therefore deny petitioner a certificate of appealability.

**IT IS THEREFORE ORDERED** that petitioner's motion for a certificate of appealability (ECF No. 41) is **DENIED.**

DATED this 18th day of October, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE