# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN S. BRAUNSTEIN,<br><br>           Petitioner,<br>v.<br>JAMES COX, et al.,<br><br>           Respondents. | Case No. 3:11-cv-00587-LRH-WGC<br><br>**ORDER** |

On August 22, 2012, the Court dismissed Petitioner Steven S. Braunstein's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and judgment was entered. (ECF Nos. 37, 38.) On January 3, 2020, Braunstein filed a new petition (ECF No. 81) and motion for appointment of counsel (ECF No. 82). The Court has repeatedly advised Braunstein that this habeas action is closed and instructed him not to file further documents:

> Several years ago, the federal habeas petition in this action was dismissed with prejudice. This Court has denied petitioner a certificate of appealability. The Ninth Circuit Court of Appeals also denied petitioner a certificate of appealability and dismissed his appeal. Petitioner was denied a petition for a writ of certiorari by the United States Supreme Court. Petitioner's repeated filing of frivolous and duplicative post-judgment motions leads this Court to find that petitioner's actions are a malicious abuse of the writ process. The Court directs petitioner to file no further documents in this closed case. Any further documents filed by petitioner in this case shall be stricken and petitioner will be subject to the imposition of sanctions.

(ECF No. 73 at 5–6; *see also* ECF No. 75.)

This action has been, and remains, closed. The Court will direct the Clerk of Court to strike the new filings, designate Braunstein as a restricted filer in this case, and return any further documents submitted in this closed action other than a notice of appeal from this order.

**IT IS THEREFORE ORDERED:**

1. The Clerk of Court is directed to STRIKE the petition for writ of habeas corpus (ECF No. 81) and motion for appointment of counsel (ECF No. 82) from the Court's docket.

*///*

1

2. The Clerk shall designate Petitioner Steven S. Braunstein as a restricted filer in this case and shall return unfiled any further documents Braunstein submits in this closed action other than a notice of appeal from this order.

3. To the extent required, a certificate of appealability is DENIED, as jurists of reason would not find the Court's disposition of petitioner's filings to be debatable or incorrect.

DATED this 23rd day of January, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE